of Venue on the grounds of prejudice is presented in due time and in proper form, the court is without power to render any further order except in connection with the order allowing the change of venue. (*Hinduliak v. Inn of the Four Lakes, Inc., supra; Agar Packing & Provision Corp. v. United Packinghouse Workers of America*, 311 Ill.App. 502, 36 N.E.2d 750.) This cause is remanded to the Circuit Court with directions that it be transferred to another judge of the Circuit Court for further proceedings not inconsistent with this opinion.

Reversed and remanded with directions.

SCHWARTZ and LEIGHTON, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HENRY L. WINTERS, Defendant-Appellant.

(No. 55846;

First District—May 30, 1972.

Opinion by Mr. JUSTICE BURKE.

Julian C. D'Esposito, Jr., and James R. Bronner, both of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert A. Novelle and Themis N. Karnezis, Assistant State's Attorneys, of counsel,) for the People.